

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 08/651,431 | 11/08/2005 | 6962311 | | 3799 |

7590         10/19/2005

JAY F. MOLDOVANYI
FAY, SHARPE, FAGAN, MINNICH & MCKEE ,LLP
1100 SUPERIOR AVENUE
SUITE 700
CLEVELAND, OH   44114-2518

*JFMZ 2 0028-2*

**RECEIVED**

OCT 2 4 2005

FAY, SHARPE, FAGAN,
MINNICH & McKEE, LLP

## ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Extension under 35 U.S.C. 154 (b)**
(application filed after June 7, 1995 but prior to May 29, 2000)

The Patent Term Extension is 1139 day(s). Any patent to issue from the above-identified application will include an indication of the 1139 day extension on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Extension is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571) 272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

APPLICANT(s) (up to 18 names are included below, see PAIR WEB site http://pair.uspto.gov for additional applicants):

THOMAS D. SYKES, COLUMBIA, MD;

"DOCKETED"



EXHIBIT

2

IR103 (Rev. 12/04)