

UNITED STATES PATENT AND TRADEMARK OFFICE

JFMZ 2 00078-2

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

RECEIVED
SEP 2 6 2005
FAY, SHARPE, FAGAN,
MINNICH & McKEE, LLP

JAY F. MOLDOVANYI
FAY, SHARPE, FAGAN, MINNICH & MCKEE, LLP
1100 SUPERIOR AVENUE
SUITE 700
CLEVELAND OH 44114-2518

**COPY MAILED**

SEP 2 2 2005

OFFICE OF PETITIONS

In re Application of
Stodola
Application No. 08/651,431
Filing Date: May 22, 1996
For: PLATFORM FOR COMPUTER INPUT
DEVICE

: Decision on Petition for
: Patent Term Adjustment

The above-identified application has been forwarded to the undersigned for consideration on a petition under 35 U.S.C. 154(b) and (c) and 37 CFR 1.705, titled "Application For Patent Term Adjustment" received on November 3, 2004. See 35 U.S.C. § 154(b)[1] and 37 CFR §§ 1.701 and 1.705.

The petition under 37 CFR 1.705 is <u>dismissed</u>.

Petitioner notes that the above-identified application was initially filed on January 11, 1994 and should thus be eligible for a 17-year patent term or alternatively be eligible for a patent term adjustment of 1798 day.

35 U.S.C. § 154(b)(as amended by the "Uruguay Round Agreements Act," enacted December 8, 1994, as part of Public Law 103-465) provides for patent term extension for appellate review, interference and secrecy order delays in applications filed on or after June 8, 1995 and before May 29, 2000. 35 U.S.C. § 154(b)(as amended by the "American Inventors Protection Act of 1999," enacted November 29, 1999, as part of Public Law 106-113) provides for patent term adjustment for these administrative delays and others in applications filed on or after May 29, 2000.

The rules and statutory provisions governing the operations of the U.S. Patent and Trademark Office require payment of a fee on filing each petition. See 35 U.S.C. § 41(a)(7). Applicant states the required fee under 37 CFR 1.18(e) was enclosed with the request, however there is no record of payment in the Office records. The request is dismissed for failure to pay the required fee under 37 CFR 1.18(e). If applicant has evidence that the fee was paid, applicant should submit a request for

---

[1] 35 U.S.C. § 154 was amended by the "American Inventors Protection Act of 1999," which was enacted on November 29, 1999 as part of Public Law 106-113 (Consolidated Appropriations Act for Fiscal Year 2000). Since this amendment is effective May 29, 2000 and applies to applications filed on or after that date, the prior patent term adjustment provisions of 35 U.S.C. § 154 continue to apply to the above-identified application.

"DOCKETED"



EXHIBIT 3

Application No. 08/651,431

Page 2

reconsideration along with the evidence within two months of patent issuance. If applicant does not have evidence that the fee was properly paid, he should submit a petition under either 37 CFR 1.182 or 1.183 with the required fee within two months of patent issuance.

With respect to petitioners arguments concerning the eligibility of the 17-year patent term and the patent term provisions, see *Changes to Implement 20-Year Patent Term and Provisional Applications*, 60 FR 20195 (April 25, 1995). With respect to petitioners arguments concerning the eligibility of patent term adjustment provisions, see *Changes to Implement Patent Term Adjustment under Twenty-Year Patent Term*, 65 FR 56366 (Sept. 18, 2000) 1239 *Off. Gaz. Pat. Office Notices* 14 (Oct. 3, 2000).

After mailing of this decision, the above-identified application will be returned to the Office of Publications.

Telephone inquiries with regard to this communication should be directed to Mark O. Polutta at (571) 272-7709.

Mark O. Polutta
Senior Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner
for Patent Examination Policy