FILED
MAY - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS D. SYKES, )
)
      Plaintiff, )
v.  )
)
JON W. DUDAS, IN HIS OFFICIAL )
CAPACITY AS DIRECTOR OF THE )
UNITED STATES PATENT AND )
TRADEMARK OFFICE, AN AGENCY IN )
THE UNITED STATES DEPARTMENT )
OF COMMERCE, )
)
      Defendant. )

CASE NUMBER 1:06CV00829

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Revi

DATE STAMP: 05/04/2006

## PRO SE PLAINTIFF'S MOTION FOR LEAVE TO USE CM/ECF FILING SYSTEM

Pursuant to LCvR 5.4, Plaintiff, appearing pro se, hereby MOVES the Court for an order (1) authorizing him to use the Court's CM/ECF filing system for submission of Plaintiff's documents in his civil action against the Director of the United States Patent and Trademark Office, and (2) authorizing the Clerk to issue a CM/ECF password to Plaintiff. The basis for this motion is as follows.

Plaintiff, an inventor with two issued patents, has commenced a civil action against the Director of the United States Patent and Trademark Office. The action seeks an adjustment of the term of his patent No. 6,962,311 B1, granted to him on November 8, 2005. This action is brought pursuant to 35 U.S.C. § 154(b)(4)(A).

Plaintiff, a partner with a large law firm, practices tax law in Chicago, Illinois. He is admitted to the bars of the District of Columbia, Illinois, and Wisconsin, having been admitted to those bars in 1998, 2002, and 1979, respectively. He is currently an active member of the bars of the District of Columbia and Illinois.

Plaintiff is an active trial lawyer in the federal courts. Currently, Plaintiff is lead counsel in a multi-million dollar tax refund suit pending in the Eastern Division (Chicago) of the United States District Court for the Northern District of Illinois. Plaintiff is currently admitted to both the general bar of that court and to its trial bar. Plaintiff, in common with all other lawyers practicing in that court, is required by court rules to use the ECF/PACER filing system used by that court. Plaintiff has used that system many times and has familiarity with it. Last fall, Plaintiff completed the training course respecting ECF/PACER use offered by the court.

Plaintiff submits that it would be most convenient for both the Court and for Defendant in this civil action if Plaintiff were permitted to use the CM/ECF filing system in prosecuting the action. Plaintiff's law firm has an account that permits that law firm to use the Court's CM/ECF system and be billed for the fees, and Plaintiff's law firm is agreeable to permitting Plaintiff to use the law firm's account in connection with his filings in the anticipated pro se matter.

A proposed Order granting this motion is enclosed.

WHEREFORE, Plaintiff moves the Court for an order (1) permitting Plaintiff to use the Court's CM/ECF filing system in prosecuting his civil action against the Director of the United States Patent and Trademark Office, and (2) permitting the Clerk to issue to him a CM/ECF password.

_____
THOMAS D. SYKES, Pro Se
239 Surrey Lane
Lake Forest, IL  60045
Tel:  (312) 984-7530
Fax:  (312) 984-7700
Email:  tsykes@mwe.com
DC Bar No. 461071

Dated:  May 3, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THOMAS D. SYKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| JON W. DUDAS, IN HIS OFFICIAL | ) | |
| CAPACITY AS DIRECTOR OF THE | ) | |
| UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING
PRO SE PLAINTIFF'S MOTION FOR
<u>PERMISSION TO USE CM/ECF FILING SYSTEM</u>**

Plaintiff, appearing pro se, has moved the Court for an order authorizing: (1) Plaintiff to use the Court's CM/ECF filing system for submission of Plaintiff's documents in his anticipated civil action against the Director of the United States Patent and Trademark Office; and (2) the Clerk to issue a CM/ECF password to Plaintiff. Upon consideration of Plaintiff's motion,

IT IS ORDERED that Plaintiff's motion for permission to use the court's CM/ECF filing system is granted, and the Clerk is directed to issue to Plaintiff a CM/ECF password.

Date: _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached motion and proposed order were mailed on this 3rd day of May, 2006, via first-class mail, postage prepaid, to the following address:

> Jon W. Dudas
> Director, United States Patent and Trademark Office
> c/o Office of the Solicitor
> United States Patent and Trademark Office
> P.O. Box 15667
> Arlington, Virginia 22215

*[signature]*
Thomas D. Sykes, Pro Se
239 Surrey Lane
Lake Forest, IL 60045
Tel: (312) 984-7530
Fax: (312) 984-7700
Email: tsykes@mwe.com