IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS D. SYKES, )
)
        Plaintiff, )
v. ) Civil Action No. 06 CV 829
)
JON W. DUDAS, IN HIS OFFICIAL )
CAPACITY AS DIRECTOR OF THE )
UNITED STATES PATENT AND )
TRADEMARK OFFICE, )
)
        Defendant. )

ORDER GRANTING
PRO SE PLAINTIFF'S MOTION FOR
PERMISSION TO USE CM/ECF FILING SYSTEM

    Plaintiff, appearing pro se, has moved the Court for an order authorizing: (1) Plaintiff to use the Court's CM/ECF filing system for submission of Plaintiff's documents in his anticipated civil action against the Director of the United States Patent and Trademark Office; and (2) the Clerk to issue a CM/ECF password to Plaintiff. Upon consideration of Plaintiff's motion,

    IT IS ORDERED that Plaintiff's motion for permission to use the court's CM/ECF filing system is granted, and the Clerk is directed to issue to Plaintiff a CM/ECF password.

Date: _May 12_, 2006.

                                                       _Collen Kollar-Kotelly_
                                                       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached motion and proposed order were mailed on this 3rd day of May, 2006, via first-class mail, postage prepaid, to the following address:

>Jon W. Dudas
>Director, United States Patent and Trademark Office
>c/o Office of the Solicitor
>United States Patent and Trademark Office
>P.O. Box 15667
>Arlington, Virginia 22215

>_____
>Thomas D. Sykes, Pro Se
>239 Surrey Lane
>Lake Forest, IL 60045
>Tel: (312) 984-7530
>Fax: (312) 984-7700
>Email: tsykes@mwe.com