AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Thomas D. Sykes,

Plaintiff,

V.

Jon W. Dudas, in his Official Capacity as Director of the United States Patent and Trademark Office

Defendant.

SUMMONS IN A CIVIL CASE

Case No. 1:06CV00829

CASE NUMBER  1:06CV00829

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Revi

DATE STAMP: 05/0$/2006

TO: (Name and address of Defendant)

Jon W. Dudas
Director, United States Patent and Trademark Office
c/o Office of the Solicitor
United States Patent and Trademark Office
P.O. Box 15667
Arlington, VA  22215

U.S. ATTORNEY GENERAL
D.O.J.
850 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas D. Sykes, Pro Se
239 Surrey Lane
Lake Forest, IL  60045

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY - 4 2006
_____         _____
CLERK                                      DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 1, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas D. Sykes | Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent by certified mail to the U.S. Attorney General at the address stamped by the Clerk on the summons. Return receipt signed by illegible and dated 8·7·06.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Postage & Fees: $8.30 | TOTAL $8.30 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 21, 2006        *Thomas D. Sykes*
             Date                    Signature of Server

                                     234 Surrey Lane
                                     Lake Forest, IL 60045
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Thomas D. Sykes,

Plaintiff,

V.

Jon W. Dudas, in his Official Capacity as Director of the United States Patent and Trademark Office.

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00829

JUDGE:  Colleen Kollar-Kotelly

DECK TYPE:  Administrative Agency Revi

DATE STAMP:  05/0$/2006

TO: (Name and address of Defendant)

Jon W. Dudas
Director, United States Patent and Trademark Office
c/o Office of the Solicitor
United States Patent and Trademark Office
P.O. Box 15667
Arlington, VA  22215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas D. Sykes, Pro Se
239 Surrey Lane
Lake Forest, IL  60045

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY - 4 2006

CLERK                                DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 1, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Thomas D. Sykes | Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent by certified mail to address on the summons. Return receipt signed by "agent" and dated 8.4.06.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Postage & Fees: $8.30 | $8.30 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 21, 2006    *Thomas D. Sykes*
                Date                    Signature of Server

239 Surrey Ln., Lake Forest, IL 60045
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Thomas D. Sykes,

Plaintiff,

V.

Jon W. Dudas, in his Official Capacity as Director of the United States Patent and Trademark Off

Defendant.

SUMMONS IN A CIVIL CASE

Case No. 1:06CV00829

CASE NUMBER 1:06CV00829

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Revi

DATE STAMP: 05/04/2006

TO: (Name and address of Defendant)

Jon W. Dudas
Director, United States Patent and Trademark Office
c/o Office of the Solicitor
United States Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas D. Sykes, Pro Se
239 Surrey Lane
Lake Forest, IL  60045

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY - 4 2006

CLERK                                          DATE

_Janette Stewart-Curel_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | AUGUST 1, 2006 |
| NAME OF SERVER *(PRINT)* THOMAS D. SYKES | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by certified mail to the U.S. Attorney at the address stamped by the Clerk on the summons.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Postage fees: $8.30 | TOTAL $8.30 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 21, 2006
     Date

Signature of Server: *Thomas D. Sykes*

234 Surrey Lane
Lake Forest, IL 60045
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THOMAS D. SYKES,

Plaintiff,

V.

JON W. DUDAS, in his Official
Capacity as Director of the United
States Patent and Trademark Office,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:06CV00829

TO: (Name and address of Defendant)

Jon W. Dudas
Director, United States Patent and Trademark Office
c/o General Counsel of the
 U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA  22313-1450

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas D. Sykes, Pro Se
239 Surrey Lane
Lake Forest, IL  60045

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                         8/8/06

CLERK                                                                                          DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: August 15, 2006 |
| NAME OF SERVER (PRINT): Thomas D. Sykes | TITLE: Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by certified mail to the address stated on the summons. Also sent by certified mail on the same date to the two addresses set out below.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES: Postage + Fees: 3 x $8.30 = $24.90 | TOTAL: $24.90 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: August 21, 2006

Signature of Server: Thomas D. Sykes

Address of Server:
239 Surrey Lane
Lake Forest, IL 60045

1) General Counsel of
The U.S. Patent and
Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

2) Civil Process Clerk
Office of the U.S. Attorney
For the District of Columbia
U.S. Department of Justice
555 4th Street, N.W.
Washington, D.C. 20530

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.