UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS D. SYKES**<br>**239 Surrey Lane**<br>**Lake Forest, IL 60045**<br><br>             **Plaintiff,**<br>    v.<br><br>**JON W. DUDAS,**<br>**In his official capacity as**<br>**Director, United States Patent and**<br>**Trademark Office, an agency of the U.S.**<br>**Dept. of Commerce,**<br><br>             **Defendant.** | )<br>)<br>)<br>)<br>) Civil Action No. 06-829 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney **Karen L. Melnik** as counsel for defendant in the above-entitled case.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar No. 498610
UNITED STATES ATTORNEY

By: _____/s/_____
Karen L. Melnik, D.C. Bar. No. 436452
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, N.W., Rm E-4112
Washington, D.C. 20530
(202) 307-0338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Thomas D.Sykes, 239 Surrey Lane, Lake Forest, IL 60045, on October 5, 2006.

_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the   District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)