UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON W. DUDAS, )<br>Director, U.S. Patent and Trademark Office )<br>)<br>Defendant. )<br>) | Civil Action No. 06CV0829 (CKK) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive motion to Plaintiff's Complaint. In support of this request, the defendant states as follows:

1. The defendant's answer is due to be filed on October 16, 2006.

2. Plaintiff's Complaint ("Compl.") involves the review of a determination made by the United States Patent and Trademark Office ("USPTO") under 35 U.S.C. § 154(b)(3). Plaintiff seeks a judgment changing the period of adjustment of the patent term of the Patent at Issue. See Compl. at ¶ 6.

3. The undersigned Assistant has learned that agency counsel requires additional time to review the administrative record, to draft a memorandum in support of a dispositive motion, and to have that memorandum reviewed by the agency. The defendant expects to file a dispositive motion once that review is completed.

4. The defendant is requesting an additional thirty days to complete this process, and

for undersigned counsel to draft and file a dispositive motion.

5. Pursuant to LcvR 7(m), the undersigned counsel contacted pro se Plaintiff, Thomas D. Sykes, by telephone on October 4, 2006. Mr. Sykes stated that he does not oppose defendant's motion for an extension of time.

Wherefore the defendant requests until November 15, 2006, to file a dispositive motion. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time was served by first-class mail and by ECF, on this 5th day of October, 2006, upon:

    Thomas D. Sykes
    239 Surrey Lane
    Lake Forest, IL 60045

    /s/
    Karen L. Melnik D.C. Bar # 436452
    Assistant United States Attorney
    555 4th Street, N.W. Rm E4112
    Washington, D.C. 20530
    (202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06CV0829 (CKK) |
| ) | |
| JON W. DUDAS, ) | |
| Director, U.S. Patent and Trademark Office ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time to File a Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until November 15, 2006, to file a dispositive motion.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Thomas D. Sykes
239 Surrey Lane
Lake Forest, IL 60045

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530