UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JON W. DUDAS, ) <br> Director, U.S. Patent and Trademark Office ) <br> ) <br> Defendant. ) | Civil Action No. 06CV0829 (CKK) |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, the United States Patent and Trademark Office, Department of Commerce, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed in hard copy and by CD-ROM, and served by CD-ROM

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KAREN L. MELNIK, D.C. BAR # 436452
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

RECEIVED
NOV 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been mailed, this 13th day of November, 2006, addressed to:

> Thomas D. Sykes
> 239 Surrey Lane
> Lake Forrest, IL 60045

Karen L. Melnik
Assistant United States Attorney