IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES,           )<br>                            )<br>        Plaintiff,          )<br>                            )<br>    v.                      )<br>                            )<br>JON W. DUDAS, IN HIS OFFICIAL )<br>CAPACITY AS DIRECTOR OF THE )<br>UNITED STATES PATENT AND    )<br>TRADEMARK OFFICE, AN AGENCY IN )<br>THE UNITED STATES DEPARTMENT )<br>OF COMMERCE,                )<br>                            )<br>        Defendant.           )<br>_____ ) | Civil Action No. 06CV0829 (CKK) |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to Rule 56, Plaintiff moves that summary judgment be granted in its favor. Specifically, Plaintiff moves that the Court hold that Plaintiff is entitled to a patent term of 17-years (running from the date of issuance) with respect to U.S. patent 6,962,311. In the alternative, if the Court declines to hold that this patent has that 17-year term, Plaintiff moves that the Court hold that this patent should have a 20-year term extended by 1798 days.

In support of this motion, Plaintiff submits herewith: Plaintiff's Memorandum of Points and Authorities (1) in Opposition to Defendant's Motion to Dismiss, or, In the Alternative, for Summary Judgment and (2) in Support of Plaintiff's Motion for Summary Judgment; Plaintiff's

Statement of Facts As to Which There Is No Genuine Dispute; and proposed Order.

Respectfully submitted,

/s/ *Thomas D. Sykes*
THOMAS D. SYKES, Pro Se
239 Surrey Lane
Lake Forest, IL 60045
Tel: (312) 984-7530
Fax: (312) 984-7700
Email: tsykes@mwe.com
DC Bar No. 461071

Dated: December 13, 2006

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing document has this 13th day of December 2006 been made upon the following by electronic filing and through the Court's electronic notification system:

> Karen L. Melnik, D.C. Bar No. 436452
> Assistant U.S. Attorney
> United States Attorney's Office
> Civil Division
> 555 Fourth Street, N.W., Rm 4-4112
> Washington, D.C.  307-0338
> (202) 307-0338

> /s/ *Thomas D. Sykes*
> THOMAS D. SYKES, Pro Se
> 239 Surrey Lane
> Lake Forest, IL  60045
> Tel:  (312) 984-7530
> Fax:  (312) 984-7700
> Email:  tsykes@mwe.com
> DC Bar No. 461071