IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 06CV0829 (CKK) |
| | ) |
| JON W. DUDAS, IN HIS OFFICIAL | ) |
| CAPACITY AS DIRECTOR OF THE | ) |
| UNITED STATES PATENT AND | ) |
| TRADEMARK OFFICE, AN AGENCY IN | ) |
| THE UNITED STATES DEPARTMENT | ) |
| OF COMMERCE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's motions filed on November 15, 2006, Plaintiff's Cross-Motion for Summary Judgment filed on December 13, 2006, the grounds stated for those respective motions, and the entire record herein, it is on this ____ day of _____, hereby ORDERED that:

1. Defendant's motions are DENIED;

2. Plaintiff's Cross-Motion for Summary Judgment is GRANTED, with the Court expressly holding that Plaintiff's U.S. Patent No. 6,962,311 is entitled to a 17-year term commencing on the date of issuance of that patent; and

3. Defendant shall ISSUE a revised Patent No. 6,962,311 that specifies that said patent is entitled to a 17-year term commencing on the date of issuance, and Defendant shall CORRECT

- 2 -

the administrative record respecting said patent to make clear that said patent is entitled to that term; and

    4. Plaintiff shall recover from Defendant, in his official capacity, Plaintiff's expenses of this litigation, including any costs and fees that are allowable under the Equal Access to Justice Act, 28 U.S.C. § 2412, or under 28 U.S.C. § 1920.

    ENTER.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing document has this 13th day of December 2006 been made upon the following by electronic filing and through the Court's electronic notification system:

>Karen L. Melnik, D.C. Bar No. 436452
>Assistant U.S. Attorney
>United States Attorney's Office
>Civil Division
>555 Fourth Street, N.W., Rm 4-4112
>Washington, D.C. 307-0338
>(202) 307-0338

>/s/ Thomas D. Sykes
>THOMAS D. SYKES, Pro Se
>239 Surrey Lane
>Lake Forest, IL 60045
>Tel: (312) 984-7530
>Fax: (312) 984-7700
>Email: tsykes@mwe.com
>DC Bar No. 461071