UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06CV0829 (CKK) |
| JON W. DUDAS, Director, U.S. Patent and Trademark Office | ) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a reply brief to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support of this request, the defendant states as follows:

1. The defendant's reply brief is due to be filed on December 26, 2006.

2. In addition to filing an opposition to Defendant's motion, Plaintiff also filed a motion for summary judgment. The Defendant's opposition to that motion is due to be filed on December 27, 2006.

3. The Defendant is requesting a one-day extension to file its reply brief, so that both the reply and the opposition are due on the same date, December 27, 2006.

4. Pursuant to LCvR 7(m), the undersigned counsel contacted pro se Plaintiff, Thomas D. Sykes, by email on December 15, 2006. Mr. Sykes indicated that he does not oppose defendant's motion for an extension of time.

Wherefore the defendant requests until December 27, 2006, to file reply brief. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS D. SYKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06CV0829 (CKK) |
| ) | |
| JON W. DUDAS, ) | |
| Director, U.S. Patent and Trademark Office ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time to File a Reply, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until December 27, 2006, to file a reply to Plaintiff's Opposition.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Thomas D. Sykes
239 Surrey Lane
Lake Forest, IL 60045

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530