UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS D. SYKES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06CV0829 (CKK) |
| JON W. DUDAS, Director, U.S. Patent and Trademark Office | ) ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file an opposition to Plaintiff's Motion for Summary Judgment, and a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support of this request, the defendant states as follows:

1. The Defendant's opposition and reply are due to be filed on December 27, 2006. The Defendant previously moved for a one-day extension of the reply so that both the opposition and the reply would be due on the same date.

2. In light of vacation schedules for agency counsel, his supervisor, and the undersigned, the Defendant will not be able to finish drafting and final editing of the pleadings to be filed.

3. The Defendant is requesting a two-week extension to file its opposition and reply.

4. Pursuant to LCvR 7(m), the undersigned counsel contacted pro se Plaintiff, Thomas D. Sykes, by email on December 21, 2006. Mr. Sykes indicated that he

does not oppose defendant's motion for an extension of time.

Wherefore the defendant requests until January 10, 2007, to file it opposition memorandum and reply brief. A proposed Order accompanies this motion.

    Respectfully submitted,

    /s/
    JEFFREY A. TAYLOR, DC Bar #498610
    United States Attorney

    /s/
    RUDOLPH CONTRERAS, DC Bar #434122
    Assistant United States Attorney

    /s/
    KAREN L. MELNIK DC BAR # 436452
    Assistant United States Attorney
    555 4TH Street, N.W. Rm. E-4112
    Washington, D.C. 20530
    (202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06CV0829 (CKK) |
| JON W. DUDAS, | ) |
| Director, U.S. Patent and Trademark Office | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time to File an Opposition and Reply, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until January 10, 2007, to file an Opposition to Plantiff's Motion for Summary Judgment, and a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Thomas D. Sykes
239 Surrey Lane
Lake Forest, IL 60045

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530