IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES,<br><br>        Plaintiff,<br><br>v.<br><br>JON W. DUDAS, IN HIS OFFICIAL<br>CAPACITY AS DIRECTOR OF THE<br>UNITED STATES PATENT AND<br>TRADEMARK OFFICE, AN AGENCY IN<br>THE UNITED STATES DEPARTMENT<br>OF COMMERCE,<br><br>        Defendant. | Civil Action No. 06CV0829 (CKK) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed.R.Civ.P., Plaintiff hereby moves for a seven-day enlargement of time within which to file his Reply Memorandum in response to Defendant's Memorandum of Points and Authorities (Document 21, filed January 10, 2007) and in support of Plaintiff's Cross-Motion for Summary Judgment. In support of this motion, Plaintiff states as follows:

1. Currently Plaintiff's Reply Memorandum is due on January 18, 2007.

2. Plaintiff has been away from home on travel for two of the days during the normal period provided by the Local Rules for a response.

3. Defendant's Memorandum of Points and Authorities, to which Plaintiff must respond, runs to 19 pages.

4. Pursuant to LCvR 7(m), the undersigned contacted Defendant's counsel (Ms. Melnik) on January 16, 2007, via email, requesting her consent to a one-week enlargement of the time for filing a Reply to Defendant's filings made on January 10, 2007. Defendant's counsel indicated via email that she does not oppose that enlargement.

WHEREFORE, Plaintiff respectfully moves that his time for filing a Reply to Defendant's filings of January 10, 2007, be extended through and including January 25, 2007.

Respectfully submitted,

/s/ *Thomas D. Sykes*
THOMAS D. SYKES, Pro Se
239 Surrey Lane
Lake Forest, IL 60045
Tel: (312) 984-7530
Fax: (312) 984-7700
Email: tsykes@mwe.com
DC Bar No. 461071

Dated: January 17, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JON W. DUDAS, IN HIS OFFICIAL )<br>CAPACITY AS DIRECTOR OF THE )<br>UNITED STATES PATENT AND )<br>TRADEMARK OFFICE, )<br>)<br>Defendant. ) | Civil Action No. 06CR0829 (CKK) |

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time, filed January 17, 2007, the grounds stated therefore, and the entire record in this matter, it is hereby

ORDERED that Plaintiff's Motion is hereby granted and Plaintiff shall have through and including January 25, 2007, within which to file a Reply to Plaintiff's papers filed January 10, 2007.

Date: _____, 2007.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached Motion and proposed Order was served, on this 17th day of January, 2007, upon the following by electronic filing and through the Court's electronic notification system:

> Karen L. Melnik, D.C. Bar No. 436452
> Assistant U.S. Attorney
> United States Attorney's Office
> Civil Division
> 555 Fourth Street, N.W., Rm. 4-4112
> Washington, D.C. 20530
> (202) 307-0338

> /s/   *Thomas D. Sykes*
> THOMAS D. SYKES, Pro Se
> 239 Surrey Lane
> Lake Forest, IL  60045
> Tel:  (312) 984-7530
> Fax:  (312) 984-7700
> Email:  tsykes@mwe.com
> DC Bar No. 461071

Dated:  January 17, 2007