UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS D. SYKES,<br>239 Surrey Lane<br>Lake Forest, IL 60045<br><br>         Plaintiffs,<br><br>         v.<br><br>JON W. DUDAS, IN HIS OFFICIAL CAPACITY<br>AS DIRECTOR OF THE UNITED STATES PATENT<br>AND TRADEMARK OFFICE, AND AGENCY<br>IN THE UNITED STATES DEPARTMENT OF<br>COMMERCE,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0829 (CKK)<br>)  Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF COUNSEL

**THE CLERK** of the Court will please enter the appearance of Assistant United States Attorney Rhonda C. Fields as counsel of record for Defendant, and withdraw the appearance of former Assistant United States Attorney Karen Melink as counsel of record.

　　　　　　　　　　　　　　　　　　　　/s/   *Rhonda C. Fields*
　　　　　　　　　　　　　　　　　　　RHONDA C. FIELDS
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 4th Street, N.W. - Room 4804
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　202-514-6970

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2008, a true and correct copy of the foregoing Substitution of Counsel was served by first class United States mail, postage prepaid marked for delivery to:

THOMAS D. SYKES
239 Surrey Lane
Lake Forest, IL 60045

/s/ Rhonda C. Fields
RHONDA C. FIELDS
United States Attorney's Office