UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS D. SYKES,

    Plaintiff,

    v.

JON W. DUDAS, Director of the United
States Patent and Trademark Office,

    Defendant.

Civil Action No. 06-829 (CKK)

**ORDER**
(September 2, 2008)

    For the reasons set forth in an accompanying memorandum opinion, it is, this 2nd day of September, 2008, hereby

    **ORDERED** that Defendant's [13] Motion to Dismiss brought under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), as it relates to Plaintiff's claims brought under the American Inventors Protection Act, is GRANTED; it is further

    **ORDERED** that Defendant's [13] Motion to Dismiss brought under Federal Rule of Civil Procedure 12(b)(1) as to the remainder of Plaintiff's claims, is GRANTED; it is further

    **ORDERED** that Defendant's [13] Motion for Summary Judgment is DENIED-WITHOUT-PREJUDICE; it is further

    **ORDERED** that Plaintiff's [17] Motion for Summary Judgment is DENIED-WITH-PREJUDICE-IN-PART as to Plaintiff's claims based on the American Inventors Protection Act, and DENIED-WITHOUT-PREJUDICE-IN-PART as to the remainder of Plaintiff's claims; it is further

**ORDERED** that this case shall be dismissed in its entirety.

*This is a Final, Appealable Order.*

Date: September 2, 2008

                                                 /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge